IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 5:11cv137-RS/EMT

ESTATE OF JOHN RICHARD MAY,
ESTATE OF UWADEE MAY, deceased,
First American Title Insurance Company,
Financial Freedom Senior Funding Corporation,
a subsidiary of Lehman Brothers Bank, FSB,
John R. May, Jr., Maria Raqachi May,
Valerie Jean Williams, and the UNKNOWN HEIRS,
devisees, grantees, assignees, lienors, creditors,
trustees, or other claimants - claiming by,
through, under, or against, JOHN RICHARD MAY,
et al.,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion To Dismiss Defendants (Doc. 9).

**IT IS ORDERED** that FINANCIAL FREEDOM SENIOR FUNDING CORPORATION and FIRST AMERICAN TITLE INSURANCE COMPANY, are dismissed as party-defendants in this case.

**ORDERED** on September 7, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**